**Dismissed and Opinion Filed September 18, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00561-CV**

**MAHMOUD "SAMMY" AFIFI, Appellant**
**V.**
**TEHSEL DHAWALI, AN INDIVIDUAL, DHALIWAL LABORATORIES, LLC., DHALIWAL LABS ILLINOIS, LLC., JOINTLY AND SEVERALLY, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17649**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Carlyle

The clerk's record in this case is past due. By letter dated June 12, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of

costs.[1] We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

200561F.P05

---

[1] Our record contains a statement of inability to pay filed in this Court on June 8, 2020. By letter dated June 15, 2020 we informed appellant that pursuant to Texas Rule of Appellate Procedure 20.1, he could proceed without payment of the appellate court filing fees, but costs for the record were governed by Texas Rule of Civil Procedure 145. Our record does not show appellant filed a statement of inability to pay in the trial court as required by rule 145.



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MAHMOUD "SAMMY" AFIFI,
Appellant

No. 05-20-00561-CV      V.

TEHSEL DHAWALI, AN
INDIVIDUAL, DHALIWAL
LABORATORIES, LLC.,
DHALIWAL LABS ILLINOIS,
LLC., JOINTLY AND
SEVERALLY, Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-17649.
Opinion delivered by Justice Carlyle.
Justices Molberg and Browning
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 18th day of September, 2020.